UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

Becky Lusignan,
    Plaintiff

v.                                        C.A. No. 09-156S

La Casa Development Corp., et al,
    Defendant

### ORDER

The Report and Recommendation of United States Magistrate Judge Lincoln D. Almond filed on April 6, 2009 in the above-captioned matter is accepted pursuant to Title 28 United States Code § 636(b)(1). Plaintiff's objection to the Magistrate Judge's Report and Recommendation is DENIED. Plaintiff's Appeal (Document #1) is hereby dismissed pursuant to 28 U.S.C. § 1915(e)(2).

    By Order,

    /s/ Wendy Keile
    Deputy Clerk

ENTER:

/s/ WSmith
William E. Smith
United States District Judge

Date: 4/23/09