UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

Becky Lusignan
    Plaintiff

v.                                        C.A. No. 09-156S

La Casa Development Corp.
    Defendant

### ORDER

The Report and Recommendation of United States Magistrate Judge Lincoln D. Almond filed on June 16, 2009 in the above-captioned matter is accepted pursuant to Title 28 United States Code § 636(b)(1). No objection having been filed, Plaintiff's Motion to Appeal in Forma Pauperis is DENIED.

By Order,

/s/ Rana J. Smith
Deputy Clerk

ENTER:

/s/ William E. Smith
William E. Smith
United States District Judge

Date: 7/2/09